**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| NAV-TV, CORP., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 2:15-cv-01467-JRG-RSP |
| | § | |
| AUDIONICS SYSTEM, INC. d/b/a | § | JURY TRIAL DEMANDED |
| CRUX INTERFACING SOLUTIONS | § | |
| AND CARAUDIO-SYSTEMS | § | |
| VERTRIEBS GMBH, | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF NAV-TV, CORP.'S NOTICE OF COMPLIANCE WITH P.R. 3-1 AND 3-2

Plaintiff NAV-TV, Corp. ("NAV-TV") hereby notifies the Court and all parties that NAV-TV complied with the Patent Rules 3-1 and 3-2, pursuant to the Order (Doc. #10) entered by the Court on November 2, 2015, by serving its P.R. 3-1 Infringement Contentions and P.R. 3-2 Document Production Accompanying Infringement Contentions upon Defendants via electronic transmission on December 15, 2015.

Dated: December 15, 2015

Respectfully submitted,

*[signature: Andy Tindel w/ permission of Lead Attorney]*

DARIUSH KEYHANI, Lead Attorney
NJ SBN 044062002
MEREDITH & KEYANI, PLLC
125 Park Avenue, 25th Floor
New York, NY 10017
(212) 760-0098 Telephone
(212) 380-1325 Direct Line
(212) 202-3819 Facsimile
dkeyhani@meredithkeyhani.com

ANDY TINDEL
Texas State Bar No. 20054500
MT² LAW GROUP
MANN | TINDEL | THOMPSON
112 East Line Street, Suite 304
Tyler, Texas 75702
Telephone: (903) 596-0900
Facsimile: (903) 596-0909
Email: atindel@andytindel.com

*Attorneys for Plaintiff NAV-TV, Corp.*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 15th day of December 2015, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.

_/s/ Andy Tindel_

Andy Tindel