IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NAV-TV, CORP., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 2:15-cv-01467-JRG-RSP |
| | § | |
| AUDIONICS SYSTEM, INC. d/b/a | § | JURY TRIAL DEMANDED |
| CRUX INTERFACING SOLUTIONS | § | |
| and CARAUDIO-SYSTEMS, | § | |
| VERTRIEBS GMBH, | § | |
| | § | |
| Defendants. | § | |

**JOINT MOTION FOR ENTRY OF DOCKET CONTROL ORDER
AND DISCOVERY ORDER**

Pursuant to the Court's Order (Doc. No. 10), Plaintiff NAV-TV, Corp. ("NAV-TV") and Defendant Audionics System, Inc. d/b/a Crux Interfacing Solutions ("Crux"), (collectively, the "Parties"), submit their Agreed Docket Control Order and Agreed Discovery Order for the Court's consideration.

Dated: December 22, 2015

                                            Respectfully submitted,

                                            */Andy Tindel w/ permission of Lead Attorney/*

                                            DARIUSH KEYHANI, Lead Attorney
                                            NJ SBN 044062002
                                            MEREDITH & KEYANI, PLLC
                                            125 Park Avenue, 25th Floor
                                            New York, NY 10017
                                            (212) 760-0098 Telephone
                                            (212) 380-1325 Direct Line
                                            (212) 202-3819 Facsimile
                                            dkeyhani@meredithkeyani.com

ANDY TINDEL
Texas State Bar No. 20054500
MT² LAW GROUP
MANN | TINDEL | THOMPSON
112 East Line Street, Suite 304
Tyler, Texas 75702
Telephone: (903) 596-0900
Facsimile: (903) 596-0909
Email: atindel@andytindel.com

*Attorneys for Plaintiff NAV-TV, Corp.*


*/s/ Timothy J.H. Craddock*
Christopher M. Joe
Texas State Bar No. 00787770
Chris.Joe@BJCIPLaw.com
Timothy J.H. Craddock
Texas State Bar No. 24082868
Tim.Craddock@BJCIPLaw.com
BUETHER JOE & CARPENTER, LLC
1700 Pacific Avenue, Suite 4750
Dallas, Texas 75201
Telephone:  (214) 466-1272
Facsimile:   (214) 635-1828

*Attorneys for Defendant Audionics System, Inc.
d/b/a Crux Interfacing Solutions*

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 22nd day of December 2015, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.

_/s/ Andy Tindel_

Andy Tindel