**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| NAV-TV, CORP., § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | |
| § | **C.A. NO. 2:15-cv-01467-JRG-RSP** |
| AUDIONICS SYSTEM, INC. d/b/a § | |
| CRUX INTERFACING SOLUTIONS § | **JURY TRIAL DEMANDED** |
| AND CARAUDIO-SYSTEMS § | |
| VERTRIEBS GMBH, § | |
| § | |
| *Defendants.* § | |

## UNOPPOSED MOTION TO WITHDRAW COUNSEL

Defendant Audionics System, Inc. d/b/a Crux Interfacing Solutions ("Defendant") respectfully moves to withdraw Timothy J.H. Craddock, of the law firm Buether Joe & Carpenter, LLC, as an attorney of record in the above-referenced matter. Christopher M. Joe of Buether Joe & Carpenter, LLC will continue to represent Defendant. This withdrawal of counsel will not delay these proceedings, and no prejudice will result to any party. Additionally, pursuant to Local Rule CV-11(f), the undersigned hereby requests that the Clerk of the Court remove his name from the list of persons authorized to receive electronic notices in this case.

2

Dated:  January 15, 2016                    Respectfully submitted,

**BUETHER JOE & CARPENTER, LLC**

By:     */s/ Timothy J.H. Craddock*
Christopher M. Joe
State Bar No. 00787770
Chris.Joe@BJCIPLaw.com
Timothy J.H. Craddock
State Bar No. 24082868
Tim.Craddock@BJCIPLaw.com

1700 Pacific Avenue
Suite 4750
Dallas, Texas 75201
Telephone:     (214) 730-5660
Facsimile:     (972) 707-1248

**ATTORNEYS FOR DEFENDANT
AUDIONICS SYSTEM, INC. d/b/a
CRUX INTERFACING SOLUTIONS**

**CERTIFICATE OF CONFERENCE**

      Pursuant to Local Rule CV-7, I certify that I conferred with counsel for NAV-TV, Corp. via email on January 15, 2016, regarding the subject matter of this Motion. There was no opposition to the above motion.

                                      */s/ Timothy J.H. Craddock*
                                      Timothy J.H. Craddock

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on this 15th day of January, 2016. Any other counsel of record will be served by facsimile transmission and first class mail.

                                        */s/ Timothy J.H. Craddock*
                                      Timothy J.H. Craddock