IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NAV-TV, CORP., § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | Civil Action No. 2:15-cv-01467-JRG-RSP |
| § | |
| AUDIONICS SYSTEM, INC. d/b/a § | |
| CRUX INTERFACING SOLUTIONS, § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day came on for consideration the Joint Motion to Dismiss With Prejudice filed by Plaintiff NAV-TV, Corp. ("NAV-TV") and Defendant Audionics System, Inc. d/b/a Crux Interfacing Solutions ("Crux") in the above-entitled and numbered action and the Court being of the opinion that said Joint Motion to Dismiss With Prejudice should be granted, it is hereby,

ORDERED, ADJUDGED AND DECREED that all claims, causes of action, and/or counterclaims filed by NAV-TV against Crux in the above-entitled and numbered action are hereby Dismissed With Prejudice.  It is, further,

ORDERED, ADJUDGED AND DECREED that all claims, causes of action, and/or counterclaims filed by Crux against NAV-TV in the above-entitled and numbered action are hereby Dismissed With Prejudice.  It is, further,

ORDERED, ADJUDGED AND DECREED that all attorneys' fees, costs of court, and expenses are to be borne by the party that incurred them.

**SIGNED this 21st day of September, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE